# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 21-00036 DKW |
| CASE NAME: | USA vs. (1) Jocelyn Godoy |
| ATTYS FOR PLA: | Craig S. Nolan |
| ATTYS FOR DEFT: | Victor J. Bakke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | |
| DATE: | 4/13/2021 | TIME: | |

COURT ACTION:  EO:  Parties are in agreement to continue the trial date and all deadlines. New trial date and deadlines given.

Jury Selection/Trial is continued to 9/20/2021 at 8:30 AM before Judge Derrick K. Watson.
Final Pretrial Conference is continued to 8/23/2021 at 9:30 AM before Magistrate Judge Kenneth J. Mansfield.
Defendant's Motion: 8/9/2021.
Government's Response: 8/23/2021.

Time **to be** excluded from 6/1/2021 thru 9/20/2021 from the requirements of the Speedy Trial Act.

Craig S. Nolan to prepare Stipulation Continuing Trial and Order Excluding Time for Judge Derrick K. Watson's consideration.

Submitted by: Tammy Kimura, Courtroom Manager