# MINUTES

CASE NUMBER: CR 21-00036 DKW

CASE NAME: USA vs. (1) Jocelyn Godoy

ATTYS FOR PLA: Craig S. Nolan

ATTYS FOR DEFT: Victor J. Bakke

INTERPRETER:

JUDGE: Derrick K. Watson          REPORTER:

DATE: 9/7/2021                    TIME:

COURT ACTION:  EO:  Parties are in agreement to continue the trial date and all deadlines. New trial date and deadlines given.

Jury Selection/Trial is continued to 4/4/2022 at 8:30 AM before Judge Derrick K. Watson.
Final Pretrial Conference is continued to 3/7/2022 at 10:00 AM before Magistrate Judge Rom Trader.
Defendant's Motion: 2/22/2022.
Government's Response: 3/7/2022.

Time **to be** excluded from 11/1/2021 thru 4/4/2022 from the requirements of the Speedy Trial Act.

Craig S. Nolan to prepare Stipulation Continuing Trial and Order Excluding Time for Judge Derrick K. Watson's consideration.

Submitted by: Tammy Kimura, Courtroom Manager