# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 21-00036 DKW |
| CASE NAME: | USA vs. (1) Jocelyn Godoy |
| ATTYS FOR PLA: | Craig S. Nolan |
| ATTYS FOR DEFT: | Victor J. Bakke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | |
| DATE: | 1/11/2022 | TIME: | |

COURT ACTION:  EO:  Parties are in agreement to continue the trial date and all deadlines.  New trial date and deadlines given.

Jury Selection/Trial is continued to 8/29/2022 at 8:30 AM before Judge Derrick K. Watson.
Final Pretrial Conference is continued to 8/1/2022 at 1:30 PM before Magistrate Judge Wes Reber Porter.
Defendant's Motion: 7/18/2022.
Government's Response: 8/1/2022.

Time **to be** excluded from 4/4/2022 thru 8/29/2022 from the requirements of the Speedy Trial Act.

Craig S. Nolan to prepare Stipulation Continuing Trial and Order Excluding Time for Judge Derrick K. Watson's consideration.

Submitted by: Tammy Kimura, Courtroom Manager