CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
MICHAEL NAMMAR
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Craig.Nolan@usdoj.gov
       Michael.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 21-00036 DKW |
|---|---|
| Plaintiff, | SIXTH STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| JOCELYN GODOY, | OLD TRIAL DATE: January 23, 2023<br>NEW TRIAL DATE: May 1, 2023 |
| Defendant. | |

SIXTH STIPULATION CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

A.  The United States of America and the defendant, JOCELYN GODOY, through their respective attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from January 23, 2023 to and including the new trial date from computation under the Speedy Trial Act.  The reason for the continuance is that defense counsel needs additional time to review the extensive discovery produced by the government, thoroughly investigate potential factual and legal defenses, prepare for trial, and investigate potential immigration ramifications.

B.  The parties further agree that the ends of justice served by the continuance outweigh the best interests of the defendant and the public in a speedy trial, and:

1. The failure to grant such a continuance would be likely

    ☐ To make a continuation of such proceeding impossible

    ☒ To result in a miscarriage of justice.

2. The case is so

    ☐ Unusual

    ☐ Complex

due to the

    ☐ Number of defendants

       ☐ Nature of the prosecution

       ☐ Existence of novel questions of fact or law

that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

3. The failure to grant the continuance would

       ☐ Deny the defendant reasonable time to obtain counsel

       ☐ Unreasonably deny the defendant continuity of counsel

       ☐ Unreasonably deny the government continuity of counsel

       ☒ Deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

       ☐ Deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

C.     The parties further agree that the period of time from January 23, 2023 to and including May 1, 2023 constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence

pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B), and (h)(6).

DATED: December 29, 2022, at Honolulu, Hawaii.

        CLARE E. CONNORS
        United States Attorney
        District of Hawaii

        By */s/ Craig S. Nolan*
          CRAIG S. NOLAN
          MICHAEL NAMMAR
          Assistant U.S. Attorneys


        /s/ Victor J. Bakke
        VICTOR J. BAKKE, ESQ.
        Attorney for Defendant
        JOCELYN GODOY

## ORDER CONTINUING TRIAL
## AND EXCLUDING SPEEDY TRIAL ACT TIME

The above Stipulation Continuing Trial Date and Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the Court. For the reasons stated, IT IS HEREBY ORDERED:

(1)  the jury selection and trial are set for May 1, 2023, at 9:00 a.m., before Chief United States District Judge Derrick K. Watson;

(2)  the final pretrial conference is set for March 28, 2023, at 9:30 a.m., before United States Magistrate Judge Wes Reber Porter; and

(3)  defense motions are closed.

IT IS FURTHER ORDERED that the period of time from January 23, 2023 to and including May 1, 2023, constitutes a period of delay which shall be

//
//
//
//
//
//
//
//
//

excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B), and (h)(6).

DATED: January 3, 2023, at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

UNITED STATES v. JOCELYN GODOY
Cr. No. 21-00036 DKW
"Sixth Stipulation and Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act"