# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff, )<br>vs. )<br>JOCELYN GODOY, )<br>           Defendant. ) | CR. NO. 21-00036 DKW<br><br>CRIMINAL SCHEDULING ORDER |

## CRIMINAL SCHEDULING ORDER

Pursuant to Criminal Local Rule 2.1 and the Seventh Stipulation and Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act, ECF No. 34, IT IS HEREBY ORDERED:

(1) The jury selection and trial are set for July 3, 2023, at 9:00 a.m. in Aha Kupono before United States District Chief Judge Derrick K. Watson.

(2) A trial conference is set for June 23, 2023, at 10:00 a.m. in Aha Kupono before United States District Chief Judge Derrick K. Watson.

(3) Motions, other than motions in limine, are due on [CLOSED], and responses are due on [CLOSED].

(4) When so requested by either the United States or a defendant pursuant to Fed. R. Crim. P. 16(a)(1)(G)(i) and 16(b)(1)(C)(i), the party(s) must make expert

witness disclosures in accordance with the requirements of Fed. R. Crim. 16(a)(1)(G) and Fed. R. Crim. P. 16(b)(1)(C), at the time(s) and in the sequence as ordered by the Court.  Absent a stipulation or court order, the time to disclose expert witnesses is as follows:

      a.    On or before May 19, 2023.

      b.    If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Crim. P. 16(a)(1)(G) or 16(b)(1)(C), on or before June 20, 2023.

(5)    The United States shall file on or before May 30, 2023, a notice in writing of its intent to use other acts evidence pursuant to Federal Rule of Evidence 404(b).

(6)    Motions in limine are due on June 13, 2023, and oppositions are due on June 20, 2023.

(7)    Exhibit lists shall be filed on or before June 5, 2023.

(8)    The parties shall meet and confer and file Stipulations to the Authenticity/Admissibility of Proposed Exhibits on or before June 5, 2023.

(9)    Witness lists shall be filed on or before June 5, 2023.

(10)    The parties shall meet and confer and file Joint Jury Instructions, in accordance with Fed. R. Crim. P. 30 and District of Hawaii Local Rule 51.1, on or before June 13, 2023.

(11) A joint trial presentation statement is due June 16, 2023.

(12) Trial briefs shall be filed on or before June 20, 2023.

(13) The parties are to exchange exhibits and demonstrative aids by on or before June 30, 2023.

(14) The parties are to provide the Courtroom Manager with exhibits (original and two copies) by on or before June 29, 2023.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, March 28, 2023.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge

CRIMINAL SCHEDULING ORDER
*United States v. Jocelyn Godoy*; Cr. No. 21-00036 DKW